**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Dewey Clark v. Mustang Machinery Company, Ltd. d/b/a Mustang Cat

Appellate case number:    01-16-00767-CV

Trial court case number:    1061481

Trial court:    County Civil Court at Law No. 1 of Harris County

On November 8, 2016, the Clerk of this Court directed the trial court clerk to prepare and file, no later than November 22, 2016, a supplemental clerk's record containing the Agreed Judgment, signed on August 25, 2016.  A supplemental clerk's records containing the judgment has not been filed.

Accordingly, the trial court clerk is directed to file a supplemental clerk's record containing:

- the Agreed Judgment, signed on August 25, 2016.

*See* TEX. R. APP. P. 34.5(a)(5), (c)(1).

**The supplemental clerk's record shall be filed in the First Court of Appeals within 14 days of the date of this order.**

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

It is so ORDERED.

Judge's signature: _/s/ Terry Jennings_
                ☒ Acting individually    ☐ Acting for the Court

Date: December 13, 2016